IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| EDWARD KING, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No. 4:07-cv-1978-LSC-TMP |
| ) | |
| DAVID WISE, Warden; ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

O R D E R

On August 19, 2008, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice. Petitioner filed objections on September 5, 2008.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DISMISSED WITH PREJUDICE as barred by 28 U.S.C. § 2244(d).

Done this 9th day of September 2008.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671